UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID STORMAN, | No. 2:14-cv-2538 GEB DAD PS |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| KAISER, | |
| Defendant. | |

Plaintiff Michael Storman is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On April 29, 2015, the undersigned issued an order dismissing plaintiff's complaint and granting him twenty-eight days to file an amended complaint. (Dkt. No. 3.) On May 11, 2015, plaintiff filed a motion seeking a sixty-day extension of time to file an amended complaint. (Dkt. No. 7.) On June 5, 2015, the undersigned granted plaintiff's motion for a sixty-day extension of time to file an amended complaint. (Dkt. No. 9.) The sixty-day period has expired and plaintiff has not filed an amended complaint.[1]

/////

---

[1] Although plaintiff has not filed an amended complaint, during the sixty-day period, he did file a motion for the appointment of counsel, (Dkt. No. 11), a request for a "ruling," (Dkt. No. 14), and a document he referred to as "Exhibit B." (Dkt. No. 15.) This action, however, cannot proceed in the absence of the filing of an amended complaint.

1   Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this
2   order plaintiff shall show cause in writing as to why this action should not be dismissed for a lack
3   of prosecution and failure to comply with the court's orders.[2]

4   Dated:  September 23, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\storman2538.osc.docx

---

[2]   If plaintiff intends to prosecute this action he should file his amended complaint forthwith.